# IN THE UNITED STATES DISTRICT COURT FOR
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| vs. | * | CR. NO. 02-00198-CG |
| **JEFFERY LANCE SMITH,** | * | |
| Defendant. | * | |

## ORDER

For good cause shown and pursuant to the provisions of Fed.R. Cr.P. 36, governing the correction of clerical mistakes contained in the Judgment in a Criminal Case, the court hereby **AMENDS** nunc pro tunc the supervised release term in the judgment for revocation of supervised release entered in the above styled case on June 9, 2011, to read as follows:

"Upon release from imprisonment, the defendant shall be on supervised release for a term of 14 months, said term to run concurrently with the term imposed in 1:02-CR-00140."

**DONE and ORDERED** this 13th day of June, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE